UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 10-326 (PGS) |
| MICHAEL J. LALLEY | : | **ORDER** |

This matter having been opened to the Court on the application of defendant Michael J. Lalley (Henry Klingeman, Esq., appearing), for an Order extending the time period for the filing of motions and adjourning the commencement of trial. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

    1. The charges in this case are the result of a lengthy investigation and several consensually recorded conversations obtained during the course of the investigation.

    2. The defendant will require additional time to review discovery and to determine which, if any, motions they intend to file in this case, and to effectively prepare for trial.

    3. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS, therefore, on this 14 day of June, 2010,

ORDERED that:

   1. The defendant shall file any motions on or before August 13, 2010;

   3. The United States shall respond to such motions on or before August 27, 2010;

   4. The return date for pretrial motions shall be September 3, 2010 at 10:00 a.m.;

   5. The parties shall file proposed voir dire questions, proposed jury instructions, and trial briefs no later than October 1, 2010; and

   6. Trial shall commence on October 4, 2010.

   7. The time period form the date of this Order to the date of trial shall be excluded from computing time under the Speedy Trial Act of 1974; and

   8. The remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

            */s/ Peter G. Sheridan*
            HON. PETER G. SHERIDAN
            United States District Judge