UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 10-326 (PGS) |
| MICHAEL J. LALLEY | : | **ORDER** |

This matter having been opened to the Court on the application of defendant Michael J. Lalley (Henry A. Klingeman, Esq. and Michael A. Robbins, Esq., appearing) for an Order granting an adjournment of trial until January 2011, and having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. As indicated in the defendant's motions filed on August 13, 2010, and supplemented during argument before the Court on September 15, 2010, both counsel representing the defendant have extensive trial obligations from September 2010 through and including November 2010.

2. The discovery provided to counsel in this case is extensive and includes, among other items, numerous consensual recordings and corresponding transcripts that were obtained in the course of this investigation. As such, counsel will require additional time to review discovery and to effectively prepare a defense in the case.

3. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

4. The United States has no objection to the defendant's request for adjournment of trial.

IT IS, therefore, on this 23 day of September, 2010,

ORDERED that:

1. The defendant shall file any motions under Federal Rule of Criminal Procedure 12(b)(3)(C) on or before December 29, 2010. The United States shall file its response to such motions on or before January 4, 2011. The return date for these motions shall be January 7, 2011 at 10:00 a.m.

2. Trial shall commence on January 11, 2011 at 10:00 a.m.

3. The time period from the date this Order is signed through and including January 11, 2011 shall be excluded from computing time under the Speedy Trial Act of 1974; and

4. The remaining provisions of the Order for Discovery and Inspection dated May 20, 2010 shall remain in full force and effect.

 _____
 HON. PETER G. SHERIDAN
 United States District Judge